1  Susan St. .Vincent
   Acting Legal Officer
2  NATIONAL PARK SERVICE
   Law Enforcement Office
3  P.O. Box 517
   Yosemite, California   95389
4  Telephone: (209) 372-0241

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                        EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )      Docket 6:10-mj-0050-MJS
                                       )
11          Plaintiff,                 )      MOTION TO DISMISS;
                                       )      AND ORDER
12      v.                             )      THEREON
                                       )
13  ANTHONY S. DUGHMAN,                )
                                       )
14          Defendant.                 )
                                       )
15  _____

16        Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court

17  endorsed hereon, the United States hereby moves the Court for an order of dismissal without

18  prejudice in the interest of justice.

19        Dated: December 6, 2010              NATIONAL PARK SERVICE

20

21                                             /S/ Susan St. Vincent
                                               Susan St. Vincent
22                                             Acting Legal Officer

23

24

25

26

27

28

                                             1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:    December 6, 2010            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE